FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
___Tampa___ DIVISION

James Belval,
_____
Affiant

v.

Officer Merritt, Officer Hubbard,
Detective James Jones, John Doe
#1, John Doe #2 and John Doe #3, Sergeant Lightfeild
_____
Defendant(s)

CASE NUMBER: 8:04-CV-330-T-30MSS
(To be supplied by Clerk's Office)

## AFFIDAVIT OF INDIGENCY

**(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)**

I, ___James Belval___, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 U.S.C. § 1915, to proceed <u>in forma pauperis</u> in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I. BRIEF STATEMENT OF THE NATURE OF THE ACTION: The Petitioner is filing a Civil Rights action under section 1983 alleging an unconstitutional policy of falsely charging a person who is already in custody on other charges for the sole purpose of prolonging the release of the individual. The Petitioner alleges multiple violations of his Federal Civil Rights occurred because of this unconstitutional policy.

II. <u>RESIDENCE</u>:

Affiant's address: ___P.O. Box 1000___
(Street)

___Chattahoochee___   ___Florida___   ___32324-1000___
(City)                 (State)         (Zip Code)

DC 101 (Rev 1/97)                    1

III. **MARITAL STATUS:**

1. Single **X**    Married ___    Separated ___    Divorced ___
2. If married, spouse's full name: _____

IV. **DEPENDENTS:**

1. Number: Not applicable
2. Relationship to dependent(s): Not applicable
3. How much money do you contribute to your dependents' support on a monthly basis? $ Not Applicable

V. **EMPLOYMENT:** (Information provided below applies to your present employment or last employment.)

1. Name of employer: Not applicable
   a. Address of employer: Not applicable
      (Street)
      
      Not applicable
      (City)     (State)     (Zip Code)
   b. State how long affiant has been (was) employed by present (or last) employer?
      Years: Not applicable   Months: Not applicable
   c. Income:   Monthly $ _____   or   Weekly $ _____
   d. What is (was) affiant's job title? _____
2. If unemployed, date of last employment: Some time during year 1999.
3. Is spouse employed? Not applicable If so, name of employer: Not applicable
   a. Income:   Monthly $ Not applicable or   Weekly $ Not applicable
   b. What is spouse's job title? Not applicable
4. Are you and/or your spouse receiving welfare aid?
   If so, amount: Monthly $ Not applicable or   Weekly $ Not applicable

VI. **FINANCIAL STATUS:**

1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: Not applicable
   b. Full address: Not applicable
      (Street)

DC 101 (Rev. 1/97)                    2

```
__Not Applicable_____
(City)              (State)              (Zip Code)
```

c. In whose name? __Not Applicable__

d. Estimated value: $ _____

e. Total amount owed: $ _____

   Owed to: _____ for $ _____

   _____ for $ _____

f. Annual income from property: $ _____

2. Other assets/property:

   a. Automobile: Make __Not Applicable__ Model _____

      In whose name registered? _____

      Present value of car: $ _____

      Amount owed: $ _____

      Owed to: _____

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else: $ __Not Applicable__

   c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

      Business, profession, or other forms of self employment: $ _____

      Rent payments, interest, or dividends: $ _____

      Pensions, annuities, or life insurance payments: $ _____

      Gifts or inheritances: $ _____

      Stocks, bonds, or notes: $ _____

      Other sources: $ __SSI. About 1000.00__

3. Obligations:

   a. Monthly rental on house or apartment: $ __Not Applicable__

   b. Monthly mortgage payments on house: $ _____

4. Other information pertinent to affiant's financial debts and obligations: __The State Hospital that I am at gives me 6.15 a week Allowance__

DC 101 (Rev 1/97)                3

| Not applicable | | |
|---|---|---|
| (Creditor) | (Total Debt) | (Monthly Payment) |
| (Creditor) | (Total Debt) | (Monthly Payment) |
| (Creditor) | (Total Debt) | (Monthly Payment) |

Other (explain): The State Hospital that I am at gives me 6.25 a week allowance

VII. FOR PRISONER AFFIANTS ONLY:
1. Date(s) of incarceration: From March 4, 2003 to date.
2. Estimated release or parole date: None as of yet.
3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit.** The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the **Affidavit Certificate** found on page 6 of this Affidavit of Indigency is also properly executed and filed.

DC 101 (Rev 1/97)                                4

FILED

In the Federal Court of the Middle
District of Florida, Tampa Division

TAMPA, FLOR...

James Browson Belval

vs.                                    Case No. _____

City of St. Petersborg,
et al.

In reference to the Petitioner's inability
to provide an account statement showing
all transactions of his prisoner's account
6 months preceding the filing of his
complaint.

The petitioner was recently transferred here to the
State Hospital from the Pinellas County Sheriff's Office.
The reason why the petitioner is unable to provide
a copy of his account transactions from the sheriff's
office, is because that agency is currently refusing to
provide the petitioner with a copy of same. This, is beyond
the petitioner's control to do anything about. However,
enclosed, please find a copy of the petitioner's account
transactions showing his financial status since his

(Page 1)

recent transfer here to the State Hospital. Its the best that the petitioner could do given the circumstances beyond his control, mentioned above. The petitioner prays this will be permittable, for now.

I hearby swear, pursuant to Florida Statute 92.525 and under penalties of perjury, that I have read the forgoing document and that the facts stated in it are true to my knowledge and belief.

*James B. Belval*

James Belval
P.O. Box 1000
Chattahoochee, FL. 32324-1000

(Page 2)

```
 SPEC: RTMSDSP              FINANCIAL SERVICES
                             MONTHLY STATEMENT
                         FOR 12/30/03 THRU 02/11/04

            FOR: 010115656     BELVAL JAMES B.            23B
------------------------------------------------------------------------
 Type of Transaction          Date          Amount            Balance
------------------------------------------------------------------------
GP - PCF DEPOSIT              01/06/04       25.00      $       25.00
GI - W/D R C DRAW             01/07/04        6.25-     $       18.75
GI - W/D R C DRAW             01/08/04        6.25-     $       12.50
GI - W/D R C DRAW             01/15/04        6.25-     $        6.25
GI - W/D R C DRAW             01/22/04        6.25-     $        0.00
GA - DEP CK PINELLAS CO       01/28/04        0.18      $        0.18
GP - PCF DEPOSIT              02/03/04       25.00      $       25.18
GI - W/D R C DRAW             02/05/04        6.25-     $       18.93
------------------------------------------------------------------------
                                          BALANCE:      $       18.93
```

VIII. <u>ALL AFFIANTS MUST READ AND SIGN</u>:

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_____
Signature of Affiant

STATE OF FLORIDA
COUNTY OF _Gadsden_

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS __11th__ DAY OF __February__, ~~19~~ _2004_, BY __James Belval__
(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED __photo ID in medical chart__, AS IDENTIFICATION AND WHO (DID) (DID NOT) TAKE
(State Type of Identification)

AN OATH.

_____
NOTARY PUBLIC

Dianne P. Hobbs
MY COMMISSION # DD020859 EXPIRES
May 25, 2005
BONDED THRU TROY FAIN INSURANCE, INC

MY COMMISSION EXPIRES:
__May 25, 2005__

DC 101 (Rev 1/97)                              5

\* \* \* \* \* \* \*

## AFFIDAVIT CERTIFICATE
(Prisoner Accounts Only)

**I HEREBY CERTIFY THAT** ___James B. Belval___, has the sum of
(Name of Affiant)

Resident Act #6.43
$ Canteen Act 12.56 as of ___2/13/04___ on account to his credit at the
Total = 18.99         (date)

___Florida State Hospital -___ institution where he is confined. I further certify that the above named prisoner affiant has the following securities to his credit according to the records of this institution:

_____

_____

_____

___Adrian W. Weeks___
Authorized Officer of Institution
Accounting Services Supv. I

REC'D BY FSH
FINANCIAL SERVICES
2004 FEB 13  A 9:05

DC 101 (Rev 1/97)                                6