FILED

United States District Court
Middle District of Florida,
Tampa Division

2004 MA  :11: 06
CLERK U
      TA
         COURT

James Brenson Belval

vs.                            Case No.: 8:04-CV-330-T-30MSS

Merritt, et al.

Request for Assistance/Clarification

Last month the petitioner filed a Civil Rights action against several law enforcement officials of the St. Petersburg Police Department. In response to this, the petitioner received back a motion captioned "Notice of Designation Under Local Rule 3.05". The reason why the petitioner files this pleading now is because he is unsure of whether or not the law library here at the Florida State Hospital will contain this "Local Rule 3.05" as the books it presently contains are all very old and most likely to be outdated. Is there anyway that the court can provide the petitioner with a copy of this "Local Rule 3.05"?

Also, when the court says that "The plaintiff is responsible for serving a copy of this notice [Notice of Designation Under Local Rule 3.05] on all other parties after the

Court issues an order that the respondent shall file a response", is the Court talking about the respondents? Or, is the Court talking about the others in the complaint who, obviously, have suffered the same Civil Rights violations as the petitioner? Because the petitioner <u>has not</u> filed his complaint as a "class action" type, it would seem to the petitioner as though the Court were instructing him to serve this copy of "Notice of Designation Under Rule 3.05" upon the <u>respondents themselves</u>. Is this correct? The petitioner has never filed his own lawsuit before and he wants to be able to fully comprehend and comply with any requirements that he might not fully understand at this time.

Pursuant to Florida statute 92.525 and under penalties of perjury, I swear that I have read the foregoing document and that the facts stated in it are true.

_James B. Belval_
James B. Belval, plaintiff
Florida State Hospital
P.O. Box 1000
Chattahoochee, FL. 32324-1000